IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,  )<br>　　　　Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Sebastian Timothy Randolph,  )<br>　　　　Defendant.  )<br>  ) | No. CR 12-50190-1 PHX ROS<br><br>**ORDER** |

On December 18, 2015, Magistrate Judge Boyle issued "Report and Recommendation." Magistrate Judge Boyle recommended that the District Court Judge accept the finding of violation of standard condition #1 of Defendant's supervised release. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

Accordingly,

IT IS ORDERED finding the Defendant in violation of standard condition #1 of his supervised release terms.

IT IS FURTHER ORDERED adopting the Magistrate Judge's Report and Recommendation [Doc. 18].

DATED this 5th day of January, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge